1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN LAKE,                              No.  2:20-cv-2077 JAM DB P

12                 Plaintiff,

13        v.                                 ORDER

14   RALPH DIAZ, et al.,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 26, 2021, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within thirty days.  (ECF No. 12.)  Plaintiff has not filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   ////

27   ////

28   ////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2021 (ECF No. 12), are adopted in full; and

2. This action is dismissed without prejudice.


DATED: June 28, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE